IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GREGORY JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:24-CV-0189-G-BK |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On February 1, 2024, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* docket entry 11. On February 13, 2024, the plaintiff filed a motion for a final judgment. *See* docket entry 15. Construing the plaintiff's motion as an objection, the District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

February 28, 2024.

_____
**A. JOE FISH**
**Senior United States District Judge**